IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dennis Grigsby, | : | |
| Plaintiff | : | Civil Action 2:12-cv-935 |
| v. | : | Judge Marbley |
| United States and Delaware County Assistant Prosecuting Attorney, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

# Order

Plaintiff Dennis Grigsby, an inmate at the Delaware County Jail at the time the complaint was filed, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter is before the Court on Magistrate Judge Abel's October 23, 2012 Initial Screening Report and Recommendation recommending that plaintiff's complaint be dismissed for failure to state a claim under 42 U.S.C. § 1983. No objections have been filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation (doc. 4). This action is hereby **DISMISSED.**

    s/Algenon L. Marbley
    Algenon L. Marbley
    United States District Judge